

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT

By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

PAUL JUDSON MILES, JR.,           §
                                  §
          Petitioner,             §
                                  §
VS.                               §   NO. 4:07-CV-255-A
                                  §
NATHANIEL QUARTERMAN,             §
Director, Texas Department of     §
Criminal Justice,                 §
Correctional Institutions         §
Division,                         §
                                  §
          Respondent.             §

O R D E R

Came on for consideration the above-captioned action wherein

Paul Judson Miles, Jr., is petitioner and Nathaniel Quarterman,

Director, Texas Department of Criminal Justice, Correctional

Institutions Division, is respondent.  This is a petition for

writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On May

27, 2008, the United States Magistrate Judge issued his proposed

findings, conclusions, and recommendation, and ordered that the

parties file objections, if any thereto, by June 17, 2008.

Copies of the proposed findings, conclusions, and recommendation

were sent to petitioner and respondent.  Because timely

objections have not been filed, the court accepts the proposed

findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the petition of Paul Judson Miles, Jr., for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be, and is hereby, dismissed as time-barred.

SIGNED June 26, 2008.

JOHN McBRYDE
United States District Judge